UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:25-cv-03583-MEMF-SSC | Date | January 2, 2025 |
|---|---|---|---|
| Title | Profirio Altamirano-Jimenez v. Kristi Noem et al | | |

PRESENT: <u>Honorable Maame Ewusi-Mensah Frimpong
United States District Judge</u>

| <u>Damon Berry</u> | <u>N/A</u> |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:
N/A

Attorneys Present for Defendant:
N/A

**PROCEEDINGS:   IN CHAMBERS**

   The Court is in receipt of the Petitioner's TRO, Dkt. No. 4, and the Notice of Respondents' Non-Opposition to Petitioner's TRO, Dkt. No. 8, which indicates that the Respondent does not oppose the TRO and has asked that Petitioner so inform the Court. The Court, having reviewed the record and finding good cause under the applicable temporary restraining order and preliminary injunction standards, hereby GRANTS the Petitioner's TRO. The Court therefore ORDERS: (1) Respondents shall release Petitioner from custody as soon as reasonably practicable and not re-detain Petitioner without compliance with 8 U.S.C. § 1226 and 8 C.F.R. § 212.5; (2) Respondents are enjoined from relocating Petitioner outside of the Central District of California pending final resolution of this matter; (3)  The parties shall meet and confer and file a joint status report regarding the Respondents' compliance with this Order by January 12, 2026; and
(4) Respondents shall show cause, in writing, as to why a preliminary injunction should not issue according to the following schedule: Respondents' brief is due at 5 PM on Wednesday, January 7, 2026. Petitioner may file a response brief by Friday, January 9, 2026. The parties may stipulate to a different briefing schedule via joint stipulation filed by 5 PM on Monday, January 5, 2026. Should the parties wish to extend either briefing deadline past Monday, January 16, 2026, the parties should also stipulate that this temporary restraining order may remain in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | **5:25-cv-03583-MEMF-SSC** | Date | January 2, 2025 |
|---|---|---|---|
| Title | Profirio Altamirano-Jimenez v. Kristi Noem et al | | |

effect (without converting to a preliminary injunction) through this Court's decision on the preliminary injunction. The parties' briefing on the preliminary injunction should address whether the granting of this TRO renders the PI request, and the habeas petition itself, moot.

                                                                              :
Initials of Deputy Clerk     db